# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: PARKING HEATERS ANTITRUST LITIGATION | Case No. 15-MC-940 (DLI) (JO) |
| THIS DOCUMENT RELATES TO:<br><br>All Direct Purchaser Class Actions | HON. JAMES ORENSTEIN |

### [PROPOSED] ORDER GRANTING DIRECT PURCHASER PLAINTIFFS' MOTION FOR DISTRIBUTION OF SETTLEMENT FUNDS

On September 30, 2019, following an August 15, 2019 Report and Recommendation, the Court granted final approval of the Settlements between Direct Purchaser Plaintiffs ("DPPs")[1] and Defendants Espar, Inc., Espar Products, Inc., and Eberspaecher Climate Control Systems GmbH & Co. KG (together, "Espar") and Webasto Products North America, Inc., Webasto Thermo & Comfort North America, Inc., and Webasto Thermo & Comfort SE (collectively, "Webasto," and with Espar, "Defendants") and certified the below Settlement Class:

> All persons or entities (but excluding federal and state government entities and Defendants, their officers, directors, and employees, as well as Defendants' parents, predecessors, successors, subsidiaries, affiliates) that purchased Parking Heaters in the United States, its territories or possessions, directly from any Defendant, or from any of their parents, predecessors, successors, subsidiaries, or affiliates, at any time during the period from and including October 1, 2007 up to and including December 31, 2012

**NOW**, upon consideration of DPPs' Motion for Distribution of Settlement Funds

---

[1] Triple Cities Acquisition LLC d/b/a Cook Brothers Truck Parts, National Trucking Financial Reclamation Services, LLC, TrailerCraft Inc., and Myers Equipment Corporation (collectively, "Direct Purchaser Plaintiffs" or "DPPs" or Representative Plaintiffs).

("Motion"), it is hereby **ORDERED** as follows:

1. The Motion is hereby **GRANTED**.

2. The settlement funds are hereby authorized to be distributed to eligible Class Members in the amounts listed in Exhibit A to the Declaration of Peter T. Sperry Regarding Notice and Claim Process, and Proposed Class Distribution.

3. DPPs are also authorized to pay Epiq Systems, Inc. $159,903.96 from the Settlement Fund for the work it has performed and will perform as the settlement administrator in this action.

**IT IS SO ORDERED**

Dated: _____         _____
                                            HON. JAMES ORENSTEIN
                                            UNITED STATES MAGISTRATE JUDGE